RECEIVED
IN LAKE CHARLES, LA

AUG 13 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| DANA CARRIER | : | DOCKET NO.  07-0372 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted.  Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.  Accordingly, it is

ORDERED that plaintiffs' motion to remand [doc. # 9] be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _10_ day of _Aug_____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

5